# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Juan Heriberto Castillo          **Docket Number:**   1:12CR00103 AWI

**Name of Judicial Officer**:   Senior United States District Judge  Anthony W. Ishii

**Date of Original Sentence:**   9/2/2011

**Original Offense:** 18 U.S.C. § 1324(a)(2)(B)(iii) and 18 USC 2, Bringing In Illegal Aliens Without Presentation and Aiding and Abetting  (CLASS C FELONY)

**Original Sentence:** 6 months Bureau Of Prisons; 3 years supervised release; Mandatory drug testing;

**Special Conditions:** 1) Search; 2) No Entry to Mexico; 3) Report all vehicles; 4) Resolve Warrants; 5) Residential Re-Entry Center

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   10/17/2011

**Other Court Actions:**

03/21/2012:    Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, alleging the use of methamphetamine.  The Court ordered conditions to include "as directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment." On the same date the Court ordered transfer of jurisdiction.

03/21/2013:    Form 12C, Petition For Warrant filed with the Court, alleging Charge 1: Failure to Participate in Mental Health Treatment; Charge 2: Failure to Refrain from the Unlawful Use of Controlled Substance; Charge 3: Failure to Follow the Instructions of the Probation Officer.

05/06/2013:    Sentenced to 6 months Bureau of Prison; 36 months supervised release; Mandatory drug testing

   Special Conditions: 1) Search; 2) No Entry to Mexico; 3) Report all vehicles; 4) Resolve Warrants; 5) Residential Re-Entry Center; 6) Residential Drug Treatment; 7)

Drug Testing; 8) Abstain from alcohol; 9) Cognitive Behavioral Treatment Program; 10) Co-Payment Plan; 11) Community Service

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in Turning Point Residential Reentry Center (RRC) for a period of up to 180 days; said placement shall commence following his release from BOP custody pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender's overall participation in the Residential Reentry Center (RRC) has been satisfactory. Since being at Turning Point, he has enrolled in school. The offender resides about an hour away from school and work, and does not have transportation. On January 20, 2014, he failed to return to the program after being permitted a weekend pass. The offender admitted to the director of Turning Point that he was too intoxicated to return to the program, which is a violation of supervised release. This officer plans to address this violation behavior by denying the offender passes from Turning Point. It is recommended an extension at Turning Point be ordered to allow the offender to further his education and to address the violation of supervised release. It is noted the offender has signed a Probation 49 – Waiver, agreeing to this modification.

Respectfully submitted,
**/s/ Megan D. Pascual**

**Megan D. Pascual**
**United States Probation Officer**
Telephone:

**DATED:**   1/21/2014

Reviewed by,
**/s/  Tim D. Mechem**

**Tim D. Mechum**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

**X**  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   January 23, 2014                           _____
                                                                              SENIOR  DISTRICT  JUDGE